UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. F.,<br><br>                            Plaintiff,<br><br>v.<br><br>ANDREW H. SAUL, Commissioner of Social Security,<br><br>                           Defendant. | Case No.: 20CV0162-KSC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 2]** |

      On January 24, 2020, plaintiff Mary J. F. commenced an action against Andrew H. Saul, the Commissioner of Social Security, seeking reinstatement of her Extra Help benefit by the Commissioner. [Doc. No. 1.] Plaintiff also filed an Application to Proceed with her Complaint in forma pauperis. [Doc. No. 2.] The Application is in the form of an affidavit. [*Id*.]

      A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted). A party need not be completely destitute to proceed in forma pauperis. *Adkins*

*v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, plaintiff's affidavit states that she is unemployed and has limited income and assets. Her only income is from retirement related benefits and totals $1,453 per month. [Doc. No. 2, p. 2.] Her only asset is $100 in a checking account. [*Id.*, pp. 2-3.] Her monthly expenses total $1,300, which includes rent ($890), utilities ($50), food ($75), clothing ($25), laundry ($20), medical and dental expenses ($90), transportation ($25) and a credit card payment ($70). [*Id.*, pp. 4-5.] Therefore, the Court finds that plaintiff has submitted an affidavit which sufficiently shows that she lacks the financial resources to pay her filing fee. Accordingly, plaintiff's Application to Proceed with her Complaint in forma pauperis is GRANTED.

**IT IS SO ORDERED.**

Dated: January 31, 2020

Hon. Karen S. Crawford
United States Magistrate Judge