UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. F.,<br><br>                       Plaintiff,<br><br>v.<br><br>ANDREW H. SAUL, Commissioner of Social Security,<br><br>                       Defendant. | Case No.:  3:20-cv-00162-KSC<br><br>**DISMISSAL WITHOUT PREJUDICE** |

On January 24, 2020, plaintiff filed a Complaint against defendant Commissioner of Social Security seeking reinstatement of her "Extra Help" benefit. Doc. No. 1 at 4. On January 31, 2020, the Court issued an Order Dismissing the Complaint with Leave to Amend, finding that the Complaint failed to allege a basis for subject matter jurisdiction. Doc. No. 5 at 1. The Court granted plaintiff leave to amend her Complaint, and expressly cautioned plaintiff that her case could be dismissed for failure to state a claim and/or failure to prosecute if she did not file an amended complaint on or before February 21, 2020. *Id.*

Plaintiff did not file an amended complaint by February 21, 2020 or at any time thereafter. Accordingly, on July 31, 2020, the Court issued an Order to Show Cause Why

This Case Should Not Be Dismissed for Failure to Prosecute and/or Failure to State a Claim. Doc. No. 7. The Court ordered plaintiff to respond to the Order to Show Cause by September 1, 2020. *Id.* at 2. The Court again expressly cautioned plaintiff that her case would be dismissed for failure to state a claim and/or failure to prosecute if she failed to file a response. *Id.*

The deadline for plaintiff to respond to the Order to Show Cause has passed, and plaintiff has not responded. Accordingly, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** <u>**for failure to state a claim and failure to prosecute**</u>. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  September 4, 2020

Hon. Karen S. Crawford
United States Magistrate Judge