

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary J Fisher | Civil Action No.   20-cv-00162-KSC |
| **Plaintiff,** | |
| V. | |
| Commissioner of Social Security, Social Security Administration Medicare Appeals Unit | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This action is DISMISSED WITHOUT PREJUDICE for failure to state a claim and failure to prosecute. The Clerk of the Court is directed to close the case.

Date:   9/8/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Exler

M. Exler, Deputy